# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO RUIZ,<br><br>            Petitioner,<br><br>     v.<br><br>W.J. SULLIVAN, Warden,<br><br>            Respondent.<br>_____/ | 1:09-cv-00747 LJO MJS HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE LODGED DOCUMENTS UNDER SEAL<br><br>[Doc. 24] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent is represented in this action by Stanton W. Lee, Esq. of the Office of the Attorney General for the State of California.

Petitioner filed the instant federal petition for writ of habeas corpus on April 27, 2009. (Pet., ECF No. 1.) On August 12, 2010, Respondent filed a motion to dismiss the petition. (Mot. to Dismiss, ECF No. 20.) On November 18, 2010, Respondent lodged documents which had been requested by the Court. (Notice of Filing Lodged Docs., ECF No. 24.) Those  documents, Petitioner's medical records, were lodged under seal to comply with the Health Insurance Portability and Accountability Act ("HIPAA") and maintain the confidentiality's of Petitioner's medical records. (Id.) Petitioner did not file an opposition to the request.

Local Rule 141 allows the Court to seal documents only upon written order of the Court upon a showing required by applicable law. See also Fed. R. Civ. P. 5.2, 26(c). Upon reviewing the request, the Court will file in the publicly available case file an order

1 granting or denying the Request. However, the order shall identify the document for which
2 sealing has been granted or denied by page number without revealing its contents. Local
3 Rule 141(d).

4   Generally, the content of sealed documents are of a nature that require the Court
5 to maintain the confidentiality of the document. The Lodged Documents contain Petitioner's
6 medical records. This Court shall respect Petitioner's privacy interests in his medical
7 records, and seal the documents for the reasons set forth above.

8   For good cause, Respondent's request to file the Lodged Documents under seal is
9 GRANTED.

13 IT IS SO ORDERED.
14 Dated:   December 8, 2010            /s/ *Michael J. Seng*
              UNITED STATES MAGISTRATE JUDGE